IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| CALVIN WALKER | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:18cv760-DPJ-FKB |
| JACKSON POLICE DEPARTMENT, et al. | DEFENDANTS |

## REPORT AND RECOMMENDATION

This lawsuit began as § 1983 action filed while Plaintiff, Calvin Walker, was a pretrial detainee in Hinds County. In his complaint, he alleged that he had been wrongfully arrested on a charge of business burglary and was being illegally detained. Walker sought both money damages and "immediate release." By order dated October 31, 2018 [27], the Court directed that Walker's claim for habeas corpus be severed from the § 1983 action and a new case be opened for the assertion of the habeas claim. The present action represents the severed habeas action.

On April 23, 2019 [37], the district judge entered an order directing the undersigned to hold a status conference to determine, *inter alia*, whether Plaintiff intended to pursue his claim for habeas relief. The conference was held before the undersigned on June 19, 2019. At the conference, Walker testified that he has recently entered a guilty plea on the business burglary charge and has been sentenced. He is now serving his sentence in the custody of the Mississippi Department of Corrections. Thus, any claim for release from his pretrial detention by Hinds County is now moot. For this reason, the undersigned recommends that this action be dismissed.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court.  28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted, this the 19th day of June, 2019.

s/ F. Keith Ball<br>United States Magistrate Judge