UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| CALVIN WALKER | PETITIONER |
| V. | CIVIL ACTION NO. 3:18-CV-760-DPJ-FKB |
| JACKSON POLICE DEPARTMENT, ET AL. | RESPONDENTS |

ORDER

In this habeas case under 28 U.S.C. § 2241, Petitioner Calvin Walker challenges the lawfulness of his pretrial detention by Hinds County. The Court referred the case to United States Magistrate Judge F. Keith Ball, who held a status conference on June 19, 2019. At that conference, Judge Ball learned that Walker has pleaded guilty to the underlying criminal charge and is now serving his sentence in the custody of the Mississippi Department of Corrections. As such, Judge Ball concluded that Walker's claim for release from pretrial detention is moot and recommended that this action be dismissed. Report and Recommendation [16] at 1. Walker failed to file objections to the Report and Recommendation, and the time to do so has now expired. Because the Court agrees with Judge Ball's conclusion, it adopts the Report and Recommendation as its opinion. This case is dismissed as moot. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 10th day of July, 2019.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE